*E-filed 7/15/05*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIA NGIN, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO. 04-04155 HRL |
| ) | |
| v. ) | ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pursuant to Defendant's notification that the information on page 469 of the certified administrative transcript was included by Dr. Cohen by mistake, this Court orders that all copies of the certified administrative transcript be redacted to remove page 469, and that all redacted copies shall be returned to the Commissioner for destruction so as to protect the privacy of the person whose record appears at page 469.

IT IS SO ORDERED.

DATED: 7/13/05

/s/ Howard R. Lloyd
HOWARD R. LLOYD
United States Magistrate Judge