| | |
|---|---|
| 1  KEVIN V. RYAN, SBN 118321<br>United States Attorney<br>2  JOANN M. SWANSON, SBN 88143<br>Assistant United States Attorney<br>3  Chief, Civil Division<br>SARA WINSLOW, DCBN 457643<br>4  Assistant United States Attorney | *E-filed 7/15/05* |

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169

7

Attorneys for Defendant

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 JULIA NGIN,                        )
                                      )
13         Plaintiff,                 )    CIVIL NO.   04-04155 HRL
                                      )
14         v.                         )    STIPULATION AND ORDER OF REMAND
                                      )
15 JO ANNE B. BARNHART,               )
   Commissioner of Social Security,   )
16                                    )
           Defendant.                 )
17 _____)

18         IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

19 approval of the Court, that the decision of the previous Administrative Law Judge (ALJ) is vacated

20 and this action is remanded to the defendant Commissioner pursuant to sentence four of 42 U.S.C.

21 Section 405(g) for further administrative proceedings.  The purpose of the remand is to offer Plaintiff

22 a new ALJ hearing and decision.

23         Upon remand, the Appeals Council will direct the ALJ to determine Plaintiff's eligibility for

24 ///

25 ///

26 ///

27 ///

28 ///

Supplemental Security Income (SSI) benefits under 20 C.F.R. §§ 416.920(a) and 416.987.

Dated: July 7, 2005

/s/
TOM WEATHERED
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: July 8, 2005    By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded, pursuant to sentence four of 42 U.S.C. 405(g), to the Commissioner for further proceedings.

Dated: 7/13/05

/s/ Howard R. LLoyd
HOWARD R. LLOYD
United States Magistrate Judge

NGIN, REMD,S4 (sr)
C 04-04155 HRL                    2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIA NGIN,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO.  04-04155 HRL<br><br>[~~PROPOSED~~]<br>JUDGMENT |

IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).  The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in the parties' Stipulation of Remand, filed herein.  This constitutes a final judgment under Fed.R.Civ.Proc. 58.

Dated: 7/13/05

/s/ Howard R. LLoyd
HOWARD R. LLOYD
United States Magistrate Judge