| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, SBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |

*E-filed 8/3/05*

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JULIA NGIN,

    Plaintiff,

    v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

CIVIL NO. 04-04155 HRL

STIPULATION AND ORDER
APPROVING COMPROMISE
SETTLEMENT OF ATTORNEY
FEES PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

    The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

    1. Defendant shall pay THREE THOUSAND SEVEN HUNDRED DOLLARS ($3,700.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action.[1] The check is to be payable to plaintiff's counsel:

TOM WEATHERED
999 16TH ST., #7
SAN FRANCISCO, CA 94107
(415) 865-0399; FAX 0305
tweathered@covad.net

    2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

---

[1] This amount includes costs.

Act.

3. Payment of the THREE THOUSAND SEVEN HUNDRED DOLLARS ($3,700.00), EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA as a result of this court action.

Dated: July 27, 2005  /s/  
TOM WEATHERED  
Attorney for Plaintiff

KEVIN V. RYAN  
United States Attorney

Dated: July 27, 2005  By:  /s/  
SARA WINSLOW  
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 8/2/05  /s/ Howard R. Lloyd  
HOWARD R. LLOYD  
United States Magistrate Judge

NGIN, EAJA STIP (sr)  
C 04-04155 HRL